

253 So.2d 212

Mary J. CLONEY

v.

The TRAVELERS INSURANCE COMPANY.

No. 51723.

Oct. 15, 1971.

In re: The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 83.

Writ denied: No abuse of discretion is shown.

253 So.2d 212

Mary J. CLONEY

v.

The TRAVELERS INSURANCE COMPANY.

No. 51724.

Oct. 15, 1971.

In re: Paul G. Rocha applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 83.

Writ denied. Under the facts found by the Court of Appeal, we find no error of law.

McCALEB, C. J., is of the opinion that a writ should be granted.

253 So.2d 212

Maude McDonough QUERBES

v.

The TRAVELERS INSURANCE CO. et al.

No. 51726.

Oct. 15, 1971.

In re: Paul G. Rocha applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 83.

Writ denied: Under the facts found by the court of appeal, we find no error of law.

McCALEB, C. J., is of the opinion that a writ should be granted.